DAVID I. DAVIS, ESQUIRE
DAVIS & BUCCO, P.C.
909 North Bethlehem Pike, Suite 200
P.O. Box 785
Spring House, PA 19477
Attorney I.D. # 29991
215-540-9050 - Phone                                  Attorney for Defendants

---

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Troy Slemmer | : | |
| | : | Civil Action No. 02-CV-4349 |
| and | : | |
| | : | |
| Jack W. Kuhns, Sr. | : | |
| | : | |
| and | : | |
| | : | |
| Joshua W. Kuhns | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| McCarthy Masonry & Concrete, Inc. | : | |
| | : | |
| and | : | |
| | : | |
| James McCarthy | : | |
| | : | |
| and | : | |
| | : | |
| Alice McCarthy | : | |
| | : | |
| Defendants | : | |

---

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of Defendants, McCarthy Masonry & Concrete, Inc.,

James McCarthy and Alice McCarthy, in the above-captioned matter.

_____
DAVID I. DAVIS, ESQUIRE

DATED: _____