**David S. Makara, Esquire**
**Atty. I.D. No. 78241**
**Davis & Bucco, P.C.**
**909 North Bethlehem Pike**
**Suite 200**
**P.O. Box 785**
**Spring House, PA 19477**
**(215) 540-9050**

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY SLEMMER, JACK W. KUHNS, SR.: and JOSHUA W. KUHNS | : | CIVIL ACTION - LAW |
| Plaintiffs | : | NO.   02-4349 |
| v. | : | |
| MCCARTHY MASONRY & CONCRETE, INC., JAMES MCCARTHY and ALICE MCCARTHY | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

_____I, Davis S. Makara, Esquire, counsel for Defendants, hereby certify that I have served a true and correct copy of Defendants' Answer and Affirmative Defenses upon the parties below by first class U.S. Mail, postage pre-paid:

    Louis Agre, Esquire
    615 Chestnut Street
    16th Floor
`    Philadelphia, PA 19106

    Davis & Bucco, P.C.
    Attorneys for Defendants
    McCarthy Masonry & Concrete, Inc.,
    James McCarthy and Alice C. McCarthy

Date: _____

    _____
    David S. Makara, Esquire