```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY SLEMMER, and JACK W.        :
KUHNS, SR., and JOSHUA W.        :
KUHNS,                           :   CIVIL ACTION
            Plaintiffs,          :
                                 :
       v.                        :   NO. 02-4349
                                 :
MCCARTHY MASONRY & CONCRETE,     :
INC., and JAMES MCCARTHY, and    :
ALICE MCCARTHY,                  :
                                 :
            Defendants.          :
```

**ORDER**

AND NOW, this \_\_\_ day of October, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on <u>November 5, 2002</u> at <u>4:00 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

                                        BY THE COURT:


                                        _____
                                        JAMES T. GILES   C.J.

copies by FAX on
to