```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY SLEMMER, and JACK W.      :
KUHNS, SR., and JOSHUA W.      :
KUHNS,                         :  CIVIL ACTION
        Plaintiffs,            :
                               :
        v.                     :  NO. 02-4349
                               :
MCCARTHY MASONRY & CONCRETE,   :
INC., and JAMES MCCARTHY, and  :
ALICE MCCARTHY,                :
                               :
        Defendants.            :
```

**ORDER**

AND NOW, this ___ day of October, 2002, it is hereby ORDERED that the scheduling conference scheduled for November 5, 2002 in the above-captioned matter is RESCHEDULED and shall be held on <u>November 21, 2002</u> at <u>1:00 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

                              BY THE COURT:


                              _____
                              JAMES T. GILES   C.J.

copies by FAX on
to