IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
TROY SLEMMER, et al.          :
                              :
            v.                :    CIVIL ACTION
                              :    NO. 02-4349
MCCARTHY MASONRY & CONCRETE,  :
INC., et al.                  :
```

**ORDER**

AND NOW, this ___ day of November, 2002, it is hereby

ORDERED that:

1.  Discovery shall be completed by <u>December 18, 2002</u>.

2.  A settlement conference shall be held on <u>December 20,</u>
<u>2002</u>, at <u>10:00 a.m.,</u> in <u>Room #17614</u>.


BY THE COURT:


_____

JAMES T. GILES        C.J.


copies by FAX on

to