```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TROY SLEMMER, et al. | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 02-4349 |
| MCCARTHY MASONRY & CONCRETE, | : | |
| INC., et al. | : | |

## ORDER

AND NOW, this ___ day of January, 2003, it is hereby ORDERED that:

    1. Plaintiff is granted leave of court to file an amended complaint.

    2. Defendant's answer to the amended complaint shall be filed of record and served upon opposing counsel by <u>January 20, 2003</u>.

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on

to