IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY SLEMMER, et al. | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-4349 |
| v. | : | |
| MCCARTHY MASONRY & CONCRETE, INC., et al. | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this ___ day of January, 2003, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on February 6, 2003 at 5:30 a.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to