IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY SLEMMER, et al. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 02-4349 |
| | : | |
| v. | : | |
| | : | |
| MCCARTHY MASONRY & CONCRETE, INC., et al. | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 5th day of February, 2003, it is hereby ORDERED that the pre-trial conference scheduled for February 6, 2003 at 5:30 p.m. is RESCHEDULED and shall be held on February 18, 2003 at 4:45 p.m., in Room #17614.

BY THE COURT:

_____
JAMES T. GILES             C.J.

copies by FAX on
to