```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY SLEMMER, et al.        :    CIVIL ACTION
                            :
        v.                  :
                            :
MCCARTHY MASONRY            :    NO. 02-4349
& CONCRETE, INC. et al      :
```

**ORDER**

AND NOW, this ___ day of February, 2003, it is hereby ORDERED that the telephone conference scheduled for March 4, 2003 at 4:30 p.m. is RESCHEDULED and shall be held on March 11, 2003 at 10:30 a.m. in Room 17614, United States Courthouse.

BY THE COURT:

_____

JAMES T. GILES       C.J.

copies by FAX on

to