```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TROY SLEMMER, et al.          :    CIVIL ACTION
                              :
        v.                    :
                              :
MCCARTHY MASONRY              :    NO. 02-4349
& CONCRETE, INC. et al        :
```

**ORDER**

AND NOW, this ___ day of April, 2003, it is hereby ORDERED as follows:

    1.  Trial in the above-captioned matter shall commence at 9:00 a.m. on June 9, 2003, in Courtroom # 17A, United States Courthouse.

    2.  Discovery shall be completed by May 19, 2002.

    3.  Plaintiff's final pretrial memorandum, as well as proposed points for charge (each charge on a separate page) shall be filed of record and served upon opposing counsel by May 26, 2003.

    4.  Defendant's final pretrial memorandum, as well as proposed points for charge (each charge on a separate page) shall be filed of record and served upon opposing counsel by June 2, 2003.

    5.  A final pre-trial conference shall be held at 9:00 a.m. on June 6, 2003, in Room # 17614.

                                        BY THE COURT:

```
                                        _____
                                        JAMES T. GILES      C.J.
```

copies by FAX on

to