IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
TROY SLEMMER, et al.          :     CIVIL ACTION
                              :
          v.                  :
                              :
MCCARTHY MASONRY              :     NO. 02-4349
& CONCRETE, INC. et al        :
```

**ORDER**

AND NOW, this ___ day of May, 2003, the parties having represented to this court that they had resolved this matter, it is hereby ORDERED that this matter is SETTLED, DISCONTINUED, AND ENDED.

This court retains jurisdiction to enforce the terms of the settlement agreement.

BY THE COURT:

_____

JAMES T. GILES        C.J.

copies by FAX on

to